# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

IN RE: **JUDGMENT IN A CIVIL CASE**
BRIAN J. KELLY,
    **Debtor.**

**Case No.:** 08-cv-507-bbc

C & A INVESTMENTS,

    **Plaintiff-Creditor-Appellee,**

  v.

BRIAN J. KELLY,

    **Defendant-Debtor-Appellant**.

    This action came for consideration before the court with **DISTRICT JUDGE JOHN C. SHABAZ** presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

    THAT JUDGMENT IS ENTERED AFFIRMING THE FINAL ORDER OF THE BANKRUPTCY COURT REVOKING DEBTOR BRIAN J. KELLY'S DISCHARGE.

                                                     **JOEL TURNER**

_____
                                             **Joel Turner, Acting Clerk**

                        **/s/ M. Hardin**                           _____11/12/08_____
                      **by Deputy Clerk**                                      **Date**